MARY R. CODY, as Executrix of JAMES A. CAREY, Deceased, Respondent, *v.* ROBERT H. HADCOX, Appellant.

*Cody* v. *Hadcox*, 109 App. Div. 912, affirmed.
(Argued June 19, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

December 7, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on a promissory note.

*Charles H. Searle* for appellant.

*P. C. J. De Angelis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT and CHASE, JJ. Absent: O'BRIEN, J. Not sitting: HISCOCK, J.